# IN THE COURT OF APPEALS OF TEXAS

## No. 04-14-0791 CV

## MICHAEL THOMAS PAUL
### Vs.
## GREG ABBOTT ATTORNEY GENERAL FOR THE STATE OF TEXAS

**MOTION TO APPELLATE COURT TO QUASH DEFECTIVE ORDER ISSUED IN TRIAL COURTS DECEMBER 30th 2014 ORDER <u>DENYING MOTION TO SET ASIDE ORDER GRANTING CONTEST TO AFFIDAVIT OF INABILITY TO PAY ON APPEAL AND ORDERING MICHAEL T. PAUL TO PAY ALL COSTS OF APPEAL</u>**

**DUE TO APPELLANT NOT BEING PROPERLY SERVED NOTICE, TRCP 21 AND THE SUBSEQUENT RE-PETITION THAT WAS DEFECTIVE BEING FILED AFTER THE 10 DAYS TO FILE MOTION CONTESTING THIS APPEAL**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Michael Thomas Paul, Appellant in the above styled and numbered Appeal, and files this Motion for this court to stay their order of dismissal and QUASH defective December 30th ORDER DENYING MOTION TO SET ASIDE ORDER GRANTING CONTEST TO AFFIDAVIT OF INABILITY TO PAY ON APPEAL AND ORDERING MICHAEL T. PAUL TO PAY ALL COSTS OF APPEAL . Appellant is not one to mince words with non facts and events occurring that have been a.) Obstruction of Justice ; b.) Criminal acts by court personnel that should be investigated by a grand Jury for collusion and conspiracy, that Appellant demands Judicial Notice be taken of. Appellant again asserts as in prior petitions that the District Clerks

1

office and the Office of the Courts Attorney will stop at no ends to prevent this appeal from being Justly Adjudicated by the merits under which have been filed in the trial courts record which sought an injunction and summary judgment. Appellant assumed this court to be privy too the filing since there is an entry on the docket in this appeal which states that the Clerks Record has been filed as of December 04th, 2014 and checked out the very next day. Strange that it should be filed and then removed from the court so as to allow for appellant's appeal being dismissed for no record having been filed. But the record was filed. see exhibit A1.   Appellant not having legal background has been diligently searching for Pro-Bono legal representation and requests this court to immediately assign court appointed counsel to Appellant so as to assure there are no more constitutional violations to his rights.  As Appellant is presumed indigent in this appeal as stated by the Texas Supreme Court and that supersedes and nullifies any order to pay costs by any lower court including this court.  Monies having to be paid to date will be sought as damages from the above stated Criminal complaint as Pain and Suffering for having to try and juggle what bill appellant can't pay this month because of the blatant extortion of money from his below average fixed income of only $805per month just so he can progress his just claim.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully request this Court to immediately, without delay, grant appellant's motion stay order of dismissal and enter an order to quash lower courts defective order and grant request for appointed counsel as to allow appellant to proceed in this appeal for want of adjudication under both the Texas and United States Constitution's.

If motion is denied, Appellant will proceed with En Banc filing Due March 16, 2015 and any other remedies that may be provided under both Texas and United States Constitution's.

Respectfully submitted,
Michael Thomas Paul
9123Easy Street
San Antonio, Texas 78266
Telephone:210-294-4533
mtp7389@hotmail.com

/s/Michael Thomas Paul

Michael Thomas Paul
Pro-Se Appellant
litigant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above instrument was served on the following via E-Mail and delivered on the 16th of February, 2015.

Scott M Graydon,
Asst. Attorney General        E-MAIL
P.O Box 12548
Austin, TX 78711-2548


Donna Kay McKinney
Bexar County District Clerk    E-MAIL to Court Attorney
101 W Nueva, Suite 217         Hand delivered
San Antonio, TX 78205-3411
(210) 335-2113


Michael Thomas Paul
9123Easy Street
San Antonio, Texas 78266
Telephone: 210-294-4533
mtp7389@hotmail.com I
mtp8389@ginail.com


/s/ Michael Thomas Paul
Michael Thomas Paul
Pro-Se Appellant
Litigant